# EXHIBIT 10

Deposition of Kenneth Wiley
conducted on 01/22/18

# GRAHAM, et al.

## vs.

# PARKER, et al.

---

# KENNETH WILEY

## January 22, 2018





### Celebrating 26 Years of Reporting Excellence!

**Rochelle Koenes, RPR, LCR**
Associate Reporter

Chattanooga (423)266-2332  Jackson (731)425-1222
Knoxville (865)329-9919  Nashville (615)595-0073  Memphis (901)522-4477
www.elitereportingservices.com

| | | |
|---|---|---|
| 1 | Going back to Dr. Dewsnup, do you know how | 10:48:35 |
| 2 | he came to be on the committee? | 10:48:39 |
| 3 | A.   No, I don't. | 10:48:41 |
| 4 | Q.   When was the last meeting? | 10:48:49 |
| 5 | A.   It seems like a week or two ago. | 10:48:51 |
| 6 | Q.   And did you participate in that? | 10:48:54 |
| 7 | A.   Yes, I did. | 10:48:56 |
| 8 | Q.   Do all members participate every month? | 10:48:57 |
| 9 | A.   They should. | 10:49:00 |
| 10 | Q.   Are there times when some of them can't or | 10:49:03 |
| 11 | don't? | 10:49:06 |
| 12 | A.   I assume there have been times, because of | 10:49:07 |
| 13 | illness or something like that, that an individual | 10:49:09 |
| 14 | wouldn't be present.  But I just really can't think | 10:49:13 |
| 15 | of any individual being habitually not there. | 10:49:15 |
| 16 | Q.   Does Dr. Williams regularly participate then? | 10:49:20 |
| 17 | A.   Yes, he does. | 10:49:22 |
| 18 | Q.   And you regularly participate? | 10:49:23 |
| 19 | A.   Yes. | 10:49:25 |
| 20 | ==Q.   Do you know if there are, like, minutes or== | 10:49:26 |
| 21 | ==notes that are formally recorded for the meeting?== | 10:49:27 |
| 22 | ==A.   Mrs. Wright keeps the minutes from what I== | 10:49:30 |
| 23 | ==remember.== | 10:49:34 |
| 24 | ==Q.   Do you know where those minutes are kept?== | 10:49:34 |
| 25 | ==A.   On a secure computer drive.== | 10:49:40 |

*Elite Reporting Services * (615)595-0073*   46
*www.EliteReportingServices.com*
Case 3:16-cv-01954   Document 46-10   Filed 02/06/18   Page 3 of 3 PageID #: 428