| | |
|---|---|
| CHARLES GRAHAM aka CHARLES STEVENSON and RUSSELL L. DAVIS, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 3:16-CV-1954 |
| TONY C. PARKER, Commissioner, Tennessee Department of Corrections; DR. MARINA CADRECHE, Assistant Commissioner of Rehabilitative Services, Tennessee Department of Corrections; and DR. KENNETH WILLIAMS, Medical Director, Tennessee Department of Corrections, in their official capacities, | ) ) Judge Crenshaw ) Magistrate Judge Brown ) ) ) ) ) ) ) |
| Defendants. | ) |

---

**PLAINTIFFS' AMENDED MOTION FOR SUMMARY JUDGMENT**

---

Pursuant to the Parties' agreement and the Magistrate Judge's directive at the hearing[1] on July 2, 2018, Plaintiffs Charles Graham aka Charles Stevenson and Russell Davis ("Named Plaintiffs" or "Plaintiffs"), by their undersigned counsel, hereby submit this Amended Motion for Summary Judgment as to all counts asserted in the Complaint, Docket Entry 1, against

---

[1] During the July 2, 2018 hearing concerning Plaintiffs' Motion for Sanctions (D.E. 68), the parties conferred in an effort to resolve some of the issues presented. After conferring, the parties proposed to the Magistrate Judge that, *inter alia*, Plaintiffs would be permitted to amend their Rule 56 motion and supporting papers to account for certain information produced by Defendants on June 28, 2018, and that Defendants' response deadline would remain unchanged (among other conditions). The Magistrate Judge indicated that proposal would be acceptable and directed the parties to submit a proposed order. After conferring further, the parties filed a proposed order on July 13, 2018 to that effect, subject to one area of disagreement not pertinent to the Rule 56 deadlines. (D.E. 90-1.) Plaintiffs therefore are re-filing their motion today, assuming that the proposed order will be entered as it pertains to the Rule 56 motion.

Defendants Tony C. Parker, Commissioner, Tennessee Department of Corrections, Dr. Marina Cadreche, Assistant Commissioner of Rehabilitative Services, Tennessee Department of Corrections, and Dr. Kenneth Williams, Medical Director, Tennessee Department of Corrections, in their official capacities (collectively "Defendants").

Plaintiffs are entitled to summary judgment because the undisputed facts show that Defendants, by their past and present actions, have violated Plaintiffs' constitutional right to be free from cruel and unusual punishments. This violation entitles Plaintiffs to the declaratory and injunctive relief requested as a matter of law. For these reasons, and those fully articulated in the contemporaneously filed Amended Memorandum of Law in Support, Plaintiffs are entitled to an award of summary judgment on their claim.

In support of this amended motion, Plaintiffs rely upon the following:

1. Complaint (Docket Entry 1) and Exhibit 1;
2. Amended Declaration of Karla Campbell (filed contemporaneously herewith);
3. Amended Memorandum of Law in Support of this motion (filed contemporaneously herewith);
4. Amended Statement of Undisputed Material Facts (filed contemporaneously herewith) and Exhibits 1-6, filed as attachments to Plaintiffs' original motion (Docket Entry 80).
5. Declaration of Dr. Kenneth Williams (Docket Entry 67);
6. Declaration of Debbie Powell (Docket Entry 75);
7. Sealed Document Exhibits 7-11 (Docket Entry 75); and
8. Sealed Document Exhibit 12 (Docket Entry 76).

Dated: July 13, 2018                                        Respectfully submitted,

/s/ Karla M. Campbell
Karla M. Campbell (BPR 27132)
BRANSTETTER, STRANCH
   & JENNINGS, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
Fax: (615) 255-5419
karlac@bsjfirm.com

Thomas H. Castelli (BPR 24849)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF TENESEEE
P.O. Box 120160
Nashville, Tennessee 37212
Phone:  (615) 320-7142
Fax:  (615) 691-7219
tcastelli@aclu-tn.org

Elizabeth S. Logsdon (BPR 32066)
DISABILITY RIGHTS TENNESSEE
2 International Plaza, Suite 825
Nashville, Tennessee 37217
Phone: (615) 298-1080
Fax:  (615) 298-2046
lizl@disabilityrightstn.org

# CERTIFICATE OF SERVICE

I certify that on July 13, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served via the Court's Electronic Filing System to:

Pamela S. Lorch
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207

Steve Hart
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207

Jim Newsom
Tennessee Attorney General's Office
40 South Main Street, Suite 1014
Memphis, TN 38103-1877

*Attorneys for Defendants*

/s/ Karla M. Campbell
Karla M. Campbell