**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **CHARLES GRAHAM, ET AL.,**        ) | |
|             ) | |
|     **Plaintiff,**        ) | |
|             ) | |
| **v.**        ) | **NO. 3:16-cv-01954** |
|             ) | **CHIEF JUDGE CRENSHAW** |
| **TONY C. PARKER, ET AL.,**        ) | |
|             ) | |
|     **Defendant.**        ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 116) recommending that the Court deny Plaintiffs' Motion to Exclude Opinions and Testimony of Dr. Martha S. Gerrity, M.D. (Doc. No. 62). No objections have been filed. The Court has reviewed the Report and Recommendation and agrees with the Magistrate Judge's very thorough analysis. Accordingly, the Report and Recommendation (Doc. No. 116) is **APPROVED AND ADOPTED** and the Motion to Exclude Opinions and Testimony (Doc. No. 62) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE