# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CHARLES GRAHAM, ET AL.,** | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:16-cv-1954 |
| | ) CHIEF JUDGE CRENSHAW |
| **RUSSELL L. DAVIS, ET AL.,** | ) |
| Defendants. | ) |

## ORDER

On October 22, 2018, Magistrate Judge Brown issued a Report and Recommendation (Doc. No. 131) in which he recommended that the Court grant in very limited part Plaintiffs' Motion to Strike the Declaration of Dr. Kenneth L. Williams. (Doc. No. 115). This non-dipositive ruling was issued in the form of a Report and Recommendation, not an order, for the sole reason that the Court inadvertently directed the Magistrate Judge to do so in a referral order. However, rulings on non-dispositive matters such as this are fully and normally within the purview of the Magistrate Judge. Accordingly, the Court – as have the parties – interprets the Magistrate Judge's Report and Recommendation as an Order granting Plaintiff's Motion to Strike (Doc. No. 115) in part. The Clerk is therefore directed to terminate the Motion to Strike. The Court will consider Defendant's two Motions to Review the Magistrate Judge's decision, in conjunction with the pending Motion for Summary Judgment.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE