IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES GRAHAM a/k/a ) | |
| CHARLES STEVENSON, et al., ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | NO. 3-16-cv-01954 |
| ) | |
| TONY C. PARKER, et al., ) | |
| ) | |
| **Defendants** ) | |

# PLAINTIFFS' WITNESS LIST

Pursuant to the Court's Order setting this matter for trial (ECF# 146), Plaintiffs file this witness list naming witnesses which Plaintiffs will call and may call with the exception of witnesses who may be called for impeachment in accordance with Fed. R. Civ. P. 26(a)(3):

Plaintiffs will call the following witness at the trial in this matter

1. Mr. Gregory Kenneth Atkins
   Inmate No. 361535
   Bledsoe County Correctional Complex
   1045 Horsehead Road
   Pikeville, Tennessee 37367
   423-881-3251

2. Mr. Christopher Gooch
   Inmate No. 545760
   Bledsoe County Correctional Complex
   1045 Horsehead Road
   Pikeville, Tennessee 37367
   423-881-3251

3. Mr. Samuel Hensley
   Inmate No. 207312
   Hardeman County Correctional Facility
   2520 Union Springs Road
   P.O. Box 549
   Whiteville, Tennessee 38705
   731-254-6000

4. Mr. Tony Parker
   Commissioner
   Tennessee Department of Correction
   Rachel Jackson Building, Sixth Floor
   Nashville, Tennessee 37243-0465
   615-741-1000

5. Mr. Kevin Proffitt
   Inmate No. 328313
   Bledsoe County Correctional Complex
   1045 Horsehead Road
   Pikeville, Tennessee 37367
   423-881-3251

6. Mr. Thomas Edward Rollins, Jr.
   Inmate No. 205709
   Morgan County Correctional Complex
   541 Wayne Cotton Morgan Drive
   P.O Box 2000
   Wartburg, Tennessee 37887
   423-346-1300

7. Mr. Scott Spangler
   Inmate No. 536377
   Hardeman County Correctional Facility
   2520 Union Springs Road
   P.O. Box 549
   Whiteville, Tennessee 38705
   731-254-6000

8. Mr. Russell L. Davis
   Inmate No. 113337
   Northwest Correctional Facility
   960 Route 212
   Tiptonville, Tennessee 38079
   (731) 253-5000

9. Mr. Wesley Earl Stover
   Inmate No. 221494
   Morgan County Correctional Complex
   541 Wayne Cotton Morgan Drive
   P.O Box 2000
   Wartburg, Tennessee 37887
   423-346-1300

10. Dr. Kenneth Wiley
    Associated Medical Director
    Tennessee Department of Correction
    Rachel Jackson Building, Sixth Floor
    Nashville, Tennessee 37243-0465
    615-741-1000

11. Dr. Kenneth Williams
    Chief Medical Officer
    Tennessee Department of Correction
    Rachel Jackson Building, Sixth Floor
    Nashville, Tennessee 37243-0465
    615-741-1000

12. Dr. Zhi Qiang Yao
    Professor of Medicine
    Infectious, Inflammatory and Immunologic Disease
    East Tennessee State university
    Quillen College of Medicine
    P.O. Box 70622
    Johnson City, Tennessee 37614
    423-439-6282

Plaintiffs will present testimony from the following witnesses by deposition:

13. Dr. Bernhard Eric Dietz
    Corizon Health
    103 Powell Court
    Brentwood, TN 37027
    (800) 729-0069
    Resides in Humboldt, Tennessee

14. Dr. Keith Wesley Ivens
    Chief Medical Officer
    CoreCivic, Inc.
    10 Burton Hills Blvd.
    Nashville, TN 37215
    615-263-3000

15. Dr. Kevin Jesse Johnson
    Corizon Health
    103 Powell Court
    Brentwood, TN 37027
    (800) 729-0069
    Resides in Chattanooga Tennessee

16. Dr. Cortez Tucker
    Corizon Health
    103 Powell Court
    Brentwood, TN 37027
    (800) 729-0069
    Resides in Jackson Tennessee

Plaintiffs reserves the right to present testimony from the foregoing witnesses live in the event that Defendants call the witnesses in their case in chief.

Plaintiffs may call the following as witnesses at trial:

17. Mr. Charles Graham
    1604 16th Street North
    Nashville, Tennessee 37208
    615-319-8652

18. Mr. Andre Phillips
    3810 Boatner Dr.
    Nashville, TN 37207
    615-240-8056

19. Ms. Debbie Powell
    7168 Houser Ridge Lane
    Hixson, TN  37343
    423-432-2516

20. Ms. Gretchen Rollins
    825 Southwoods Dr.
    Smyrna, TN  37167
    615-584-4232

21. Ms. Carolyn Snell
    133 Sackett St.
    Licking, MO  65542
    573-671-2111

22. Mr. Cile Crowder
    Policy Development Manager
    Tennessee Department of Correction
    Rachel Jackson Building, Sixth Floor
    Nashville, Tennessee 37243-0465
    615-741-1000

4

23. Ms. Lori Dean
    Medical Records Clerk
    Tennessee Department of Correction
    Rachel Jackson Building, Sixth Floor
    Nashville, Tennessee 37243-0465
    615-741-1000

Plaintiffs reserve the right to call any witness listed on Defendant's witness list and witnesses who are identified as custodians of record for the Tennessee Department of Correction for the purpose of authenticating documents received from Defendants.

Respectfully submitted,

/s/ Thomas H. Castelli
Thomas H. Castelli (BPR 24849)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, Tennessee 37212
Phone: (615) 320-7142
Fax: (615) 691-7219
tcastelli@aclu-tn.org


James G. Stranch, III (BPR 2542)
Karla M. Campbell (BPR 27132)
Callie K. Jennings (BPR 35198)
Anthony Orlandi (BPR 33988)
BRANSTETTER, STRANCH &
JENNINGS, PLLC

The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
Fax: (615) 255-5419
jims@bsjfirm.com
karlac@bsjfirm.com
calliej@bsjfirm.com
aorlandi@bsjfirm.com

Stacie L. Price (BPR 03065)
Sherry A. Wilds (BPR 021756)
DISABILITY RIGHTS TENNESSEE

2 International Plaza, Suite 825
Nashville, Tennessee 37217
Phone: (615) 298-1080
staciep@disabilityrightstn.org
sherryw@disabilityrightstn.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent on June 26, 2019 by operation of the Court's electronic filing system to the following:

Pamela S. Lorch
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
Pam.lorch@ag.tn.gov

Steve Hart
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
Steve.hart@ag.tn.gov

Jim Newsom
Tennessee Attorney General's Office
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
Jim.newsom@ag.tn.gov

Matthew Dowty
Tennessee Attorney General's Office
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
Matthew.Dowty@ag.tn.gov

*Attorneys for Defendants*

/s/ Thomas H. Castelli
Thomas H. Castelli