UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY ATKINS, CHRISTOPHER GOOCH, KEVIN PROFFITT, and THOMAS ROLLINS, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TONY C. PARKER, et al.,<br><br>Defendants. | NO. 3:16-cv-01954 |

## ORDER

Trial of this case concluded on July 19, 2019. The parties shall file proposed findings of fact and conclusions of law by **August 19, 2019.**

The Court is of the opinion that this case may benefit from mediation. Accordingly, the parties shall engage in mediation and the Court APPOINTS the Honorable William E. Young to serve as mediator. The parties shall cover the costs for same. The Court believes that mediation will be advanced if Dr. Kenneth L. Williams, Steven Hart, Esq. and James Gerard Stranch, III, Esq., attend the mediation and accordingly each are ORDERED to be present for the mediation unless excused by Chancellor Young.

The Clerk shall send a copy of this order to Chancellor William E. Young.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE