UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **GREGORY ATKINS, CHRISTOPHER GOOCH, KEVIN PROFFITT, and THOMAS ROLLINS, JR.,** on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:16-CV-1954 |
| **TONY C. PARKER, Commissioner, Tennessee Department of Corrections; and DR. KENNETH WILLIAMS, Medical Director, Tennessee Department of Corrections,** in their official capacities, | ) ) ) ) ) ) | **Judge Crenshaw** **Magistrate Judge Brown** |
| Defendants. | ) | |

## REPORT OF MEDIATOR

The Mediator, William E. Young, appointed by this Court, hereby reports that despite good faith efforts the parties have reached an impasse in mediation and are unable to reach an agreement to resolve this matter.

Respectfully submitted this 26th day of August 2019.

                                             */s/ William E. Young*
                                             WILLIAM E. YOUNG    (#09711)
                                             Harris Shelton Hanover Walsh, PLLC
                                             414 Union Street. Suite 1007
                                             Nashville, TN 37219
                                             (615) 377-2531
                                             byoung@harrisshelton.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the electronic filing system:

Thomas H. Castelli  tcastelli@aclu-tn.org

Sherry A. Wilds  Sherryw@disabilityrightstn.org

Karla M. Campbell  karlac@bgsjfirm.com

Anthony A. Orlandi  aorlandi@bsjfirm.com

Callie Kate Barker Jennings  calliej@bsjfirm.com

Stacie L. Price  staciep@disabilityrightstn.org

James Gerard Stranch, III  gerards@bsjfirm.com

Steven A. Hart  Steve.Hart@ag.tn.gov

Pamela S. Lorch  Pam.Lorch@ag.tn.gov

James R. Newsom III  Jim.Newsom@ag.tn.gov

Matthew R. Dowty  Matthew.Dowty@ag.tn.gov

                                                                          */s/ William E. Young*
                                                                          WILLIAM E. YOUNG