MY COPY WAS PUT IN MAIL-BOX @ 8:15

| From | Date Aug. 30th 2019 | 3:16-1954 To |
|---|---|---|
| Calvin Landers #417289 WCX-960 State Route 212 Tiptonville, TN 38079 | | Clerk, U.S. District Court 800 U.S. Courthouse Nashville Tennessee 37203 |

THIS IS A FOLLOW-UP TO LETTER DATED 7-25-2019

RECEIVED
in Clerk's Office
SEP -4 2019
U.S. District Court
Middle District of TN

To The Clerk,

I FIND IT CONFUSING, I PRESENTED TO THE COURT MY MOTION TO BECOME A PARTY TO THIS CLASS ACTION LAWSUIT, NO. 3:16-CV-1954 (DOCKET ENTRY 40) FILED 07/11/2017 ENTERED: 07/12/2017

DOCUMENT 42 CLEARLY STATES THAT CALVIN LANDERS IS THEREFORE ALREADY A MEMBER OF THIS CLASS, IF HE MEETS THE REQUIREMENTS FOR THE CLASS DEFINED BY JUDGE CRENSHAW, IN DOCKET ENTRY 33

PLEASE REFER TO DOCUMENT 33

PLAINTIFF CALVIN LANDERS 417289 MEETS THE REQUIREMENTS OUTLINED IN DOCUMENT 33 FILED 05/04/17, HENCE CALVIN LANDERS BECOMES A MEMBER OF THIS CLASS ACTION LAWSUIT, NO. 3:16-CV-1954.

I APPEAL TO THE COURT AND OR CLERK OF THIS COURT, IT APPEARS THAT PLAINTIFF CALVIN LANDERS # 417289 WAS WRONGFUL TERMINATED ON 08/24/2017

HOW IS IT THAT I RECEIVED HCP "C" SHOTS 4/21/2019 AND 6/24/2019 AND NOT BE A PLAINTIFF IN CASE NO. 3:16-CV-1954 (Please see my complete motion which was filed

Mr. Calvin Landers 7/25/2019

Patricia Doe
Notary Public

[Seal: PATRICIA SCOTT, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF LAKE]

3-28-2023
Notary expiration

Mr. Calvin Landers
# 417289
NWCX - 960 State Route 212
Tiptonville, Tenn. 38079

LEGAL-MAIL

To
CLERK
U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE TENN 37203

MEMPHIS TN 380
30 AUG 2019 PM 11

RECEIVED
in Clerk's Office
SEP -4 2019
U.S. District Court
Middle District of TN

